IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

DENISE MARKS,

Plaintiff,

vs.

ACELLA PHARMACEUTICALS, LLC and ALLAY PHARMACEUTICALS, LLC,

Defendants.

CV 26-58-H-KLD

**ORDER**

Defendant Acella Pharmaceuticals, LLC moves for an order allowing David F. Norden, to appear *pro hac vice* in this case with Nathan A. Huey designated as local counsel. (Doc. 10) The application of Mr. Norden appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Mr. Norden to appear in this Court (Doc. 10) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Norden must do his own work. He/she must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Mr. Norden, not the law firm he works for;

4. Mr. Norden shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Norden must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 25th day of August, 2026.

Kathleen L. DeSoto

Kathleen L. DeSoto
United States Magistrate Judge